No. 1135, Misc. ALVARADO *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1164, Misc. LEVEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 1167, Misc. HOWARD *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1176, Misc. TYSON *v.* MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1177, Misc. WHITTINGTON *v.* CAMERON, HOSPITAL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for respondent.

No. 1195, Misc. BERRY *v.* CLEMMER, CORRECTIONS DIRECTOR. C. A. 4th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 1183, Misc. JENKINS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1200, Misc. VOGELSTEIN, TRADING AS BALTIMORE POSTER CO., *v.* NATIONAL SCREEN SERVICE CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Francis T. Anderson* for petitioner. *Louis Nizer, Louis J. Goffman, W. Bradley Ward* and *Edward W. Mullinix* for respondents.